**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK A. BLANCO, | NO. CV 13-2956-PA(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| AREF FAKHOURY, Warden, | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Petitioner's due process claim is denied with prejudice, and Petitioner's Ex Post Facto claim is denied and dismissed without prejudice.

///

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner, and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7         DATED: August 30, 2013.

                                   _____
                                             PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE