**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NICK A. BLANCO, | ) | NO. CV 13-2956-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| AREF FAKHOURY, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's due process claim is denied with prejudice, and Petitioner's Ex Post Facto claim is denied and dismissed without prejudice.

DATED: August 30, 2013.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE